ANTHONY R. BERMAN, ESQ., SBN 160634
IDELL, BERMAN, SEITEL & RUTCHIK, LLP
465 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiff
DAN HICKS, an individual,
GREAT GUNS PUBLISHING, a sole proprietorship, ERIK JACOBSEN, an individual, and OH BOY MUSIC, a sole proprietorship

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN HICKS, an individual, GREAT GUNS PUBLISHING, a sole proprietorship, ERIK JACOBSEN, an individual, and OH BOY MUSIC, a sole proprietorship,<br><br>　　　　Plaintiff,<br>vs.<br><br>DIGITAL MUSIC WORKS INTERNATIONAL, a California corporation, PRIME ENTERTAINENT GROUP, a Louisiana corporation, and DOES 1-100,<br><br>　　　　Defendants. | Case No.: C045097<br><br>**STIPULATION OF DISMISSAL** |

IT IS STIPULATED by and between the parties that the referenced action, *Hicks v Digital Musicworks International et al*, being Case No. C045097, originally filed in the Northern District of California as Case no. C045097, is dismissed, with prejudice, in its entirety, pursuant to Rule 41(a)(1)(ii) Federal Rules of Civil Procedure.

1

STIPULATION OF DISMISSAL

1  Respectfully submitted,
2
3  Dated: July 18, 2005                    IDELL, BERMAN, SEITEL & RUTCHIK, LLP
4
5                                          By: _____/s/ Anthony Berman_____
6                                              Anthony R. Berman, Esq.
                                                Attorneys for Plaintiff
7                                               DAN HICKS, an individual, GREAT GUNS
                                                PUBLISHING, a sole proprietorship, ERIK
8                                               JACOBSEN, an individual, and OH BOY MUSIC,
                                                a sole proprietorship
9
10
11 Dated: July 18, 2005                    LAW OFFICES OF W. GARY KURTZ
12
13                                         By: _____
14                                             W. Gary Kurtz, Esq.
                                               Attorneys for Defendant
15                                             PRIME ENTERTAINENT GROUP, a Louisiana
                                               corporation
16
17
18 Dated: July 18, 2005                    DIGITAL MUSICWORKS INTERNATIONAL, INC.
19
20                                         By: _____
                                               Peter Koulouris, Esq.
21                                             Attorneys for Defendant
                                               DIGITAL MUSIC WORKS INTERNATIONAL, a
22                                             California corporation
23
24
25
26
27
28

2
STIPULATION OF DISMISSAL

Respectfully submitted,

Dated: July 18, 2005                    IDELL, BERMAN, SEITEL & RUTCHIK, LLP


                                        By: _____
                                            Anthony R. Berman, Esq.
                                            Attorneys for Plaintiff
                                            DAN HICKS, an individual, GREAT GUNS
                                            PUBLISHING, a sole proprietorship, ERIK
                                            JACOBSEN, an individual, and OH BOY MUSIC,
                                            a sole proprietorship


Dated: July 18, 2005                    LAW OFFICES OF W. GARY KURTZ


                                        By: _____
                                            W. Gary Kurtz, Esq.
                                            Attorneys for Defendant
                                            PRIME ENTERTAINENT GROUP, a Louisiana
                                            corporation


Dated: July 18, 2005                    DIGITAL MUSICWORKS INTERNATIONAL, INC.


                                        By: _____
                                            Peter Koulouris, Esq.
                                            Attorneys for Defendant
                                            DIGITAL MUSIC WORKS INTERNATIONAL, a
                                            California corporation

Jul 22 05 10:30a    Peter Koulouris         916-239-6019    p.3
Case 3:04-cv-05097-BZ    Document 25    Filed 08/18/05    Page 4 of 4
Case 3:04-cv-05097-BZ    Document 24    Filed 07/26/2005    Page 4 of 4

1 | Respectfully submitted,

3 | Dated: July 18, 2005                    IDELL, BERMAN, SEITEL & RUTCHIK, LLP

By: _____
Anthony R. Berman, Esq.
Attorneys for Plaintiff
DAN HICKS, an individual, GREAT GUNS
PUBLISHING, a sole proprietorship, ERIK
JACOBSEN, an individual, and OH BOY MUSIC,
a sole proprietorship

11 | Dated: July 18, 2005                    LAW OFFICES OF W. GARY KURTZ

By: _____
W. Gary Kurtz, Esq.
Attorneys for Defendant
PRIME ENTERTAINENT GROUP, a Louisiana
corporation

18 | Dated: July 18, 2005                    DIGITAL MUSICWORKS INTERNATIONAL, INC.

By: _____
Peter Koulouris, Esq.
Attorneys for Defendant
DIGITAL MUSIC WORKS INTERNATIONAL, a
California corporation

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**
August 18, 2005
IT IS SO ORDERED
Judge Bernard Zimmerman